■ In the Matter of WAKEFIELD CIVIC ASSOCIATION OF SO. OZONE PARK, INC., et al., Appellants, v JOSEPH B. KLEIN et al., Individually and Constituting the New York City Board of Standards and Appeals, Respondents, and OZONE PARK ENTERPRISES, Intervenor-Respondent.—Judgment of the Supreme Court, Queens County, dated December 11, 1978, affirmed, with one bill of $50 costs and disbursements payable to the respondents appearing

separately and filing separate briefs (see *Matter of Neubourg v Glass,* 41 AD2d 833; *Matter of Eberhart v La Pilar Realty Co.,* 45 AD2d 679). Shapiro, J. P., Cohalan, Margett and Martuscello, JJ., concur.